### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01627-CMA-MJW

HOMEWATCH INTERNATIONAL, INC., a Colorado corporation

    Plaintiff,

vs.

PETER RUBENS, BEAR FLAG MARKETING CORP., a California Corporation, and HOMEWATCH CAREGIVERS OF THE NORTH BAY, a California corporation

    Defendants.

---

**ORDER RE: UNOPPOSED MOTION TO AMEND VERIFIED COMPLAINT**
( Docket No. 18 )

---

    THE COURT, having reviewed Plaintiff Homewatch International, Inc.'s Unopposed Motion to Amend Verified Complaint and being otherwise fully advised regarding same,

    HEREBY GRANTS said motion. Leave is granted to file an Amended Verified Complaint and Demand for Injunctive Relief in the form attached as Exhibit 1 to Plaintiff's motion and such amended pleading shall be filed within 14 days hereof.

    DONE AND SIGNED this 11th day of August, 2011.

                  BY THE COURT:

                  MICHAEL J. WATANABE
                  U.S. MAGISTRATE JUDGE
                  DISTRICT OF COLORADO