IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01627-RBJ-MJW

HOMEWATCH INTERNATIONAL, INC.,

Plaintiff(s),

v.

PETER RUBENS,
BEAR FLAG MARKETING CORP., and
HOMEWATCH CAREGIVERS OF THE NORTH BAY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED Stipulated Motion for Protective Order (docket no. 37) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 37-1) is APPROVED and made an Order of Court.

Date:   October 27, 2011