# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01627-RBJ-MJW

HOMEWATCH INTERNATIONAL, INC., a Colorado corporation,

    Plaintiff,

vs.

PETER RUBENS, BEAR FLAG MARKETING CORP., a California corporation, and HOMEWATCH CAREGIVERS OF THE NORTH BAY, a California corporation,

    Defendants.

## ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE

THE COURT, having reviewed the parties' Stipulation to Dismiss with Prejudice and being otherwise fully advised in the premises,

HEREBY ORDERS, this action is dismissed in its entirety, each party shall bear its own attorneys' fees and costs.

Dated this 28th day of November, 2011.

    BY THE COURT:

    */s/ Brooke Jackson*

    R. Brooke Jackson
    Judge, U.S. District Court, Colorado